B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of  New Jersey_____

In re  Jose A. Neisa and Emelina Neisa,        Case No.  16-10685-SLM

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No.  4-1   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on  4/2/19   (date).

Name of Alleged Transferor

Wilmington Savings Funds Society, FSB, not in its individual capacity but solely as Owner Trustee for GFT Mortgage Loan Trust 2015-GFT2

Address of Alleged Transferor:

Fay Servicing, LLC
939 W. North Avenue, Suite 680
Chicago, IL 60642

Name of Transferee

U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust

Address of Transferee:

SN Servicing Corporation
323 5th Street
Eureka, CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                             _____
                                           **CLERK OF THE COURT**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re  Jose A. Neisa and Emelina Neisa          ,          Case No.  16-10685-SLM

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust | Wilmington Savings Funds Society, FSB, not in its individual capacity but solely as Owner Trustee for GFT Mortgage Loan Trust 2015-GFT2 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Phone:  800-603-0836
Last Four Digits of Acct #:  2768

Court Claim # (if known):  4-1
Amount of Claim:  $231,942.32
Date Claim Filed:  05/23/2016

Phone:  312-780-0011
Last Four Digits of Acct. #:  9683

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Jonathan Schwalb          Date: 04/02/2019
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY <br><br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Jonathan Schwalb, Esq. <br> Friedman Vartolo LLP <br> 85 Broad Street, Suite 501 <br> New York, New York 10004 <br> P: (212) 471-5100 <br> Attorney for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee ofthe IGSC Series II Trust | Case No.: | 16-10685-SLM |
| | Chapter: | 13 |
| In Re: <br><br> Jose A. Neisa and Emelina Neisa | Adv. No.: | |
| | Hearing Date: | |
| | Hon. Judge: | Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, Kimberly Barbour :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for Jonathan Schwalb, Esq., who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On April 2, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  April 2, 2019                               /s/Kimberly Barbour
                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jose A. Neisa<br>211 Main Street, Apt #1<br>Cliffside Park, NJ 07010<br><br>Emelina Neisa<br>211 Main Street, Apt #1<br>Cliffside Park, NJ 07010 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>     (as authorized by the court *) |
| Russell L. Low<br>Low & Low<br>505 Main St.<br>Suite 304<br>Hackensack, NJ 07601 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>     (as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>     (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>     (as authorized by the court *) |